IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                September 23, 2020
Courtroom Deputy:    Anna Frank
Court Reporter:      Mary George
Probation Officer:   Paige Meador (in person)

| | |
|---|---|
| Criminal Action No. **18-cr-360-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Kurt Bohn |
| Plaintiff, | |
| v. | |
| 3. ELIJAH NATHANIAL SALAZAR, | Mary Mulligan |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:37 a.m.      Court in session.**

Appearances of counsel. Ms. Mulligan is appearing via videoconference. Mr. Bohn is appearing in person. Defendant is present on bond and appearing via videoconference.

Defendant sworn.

**ORDERED:** Pursuant to the CARES Act and the District of Colorado's General Orders, this hearing will proceed via videoconference.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** The Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [ECF 334] is granted.

**ORDERED:**  The Government's Motion to Dismiss Counts 2 and 4 of the Superseding Indictment [ECF 336] is granted. Counts 2 and 4 are dismissed with prejudice as to Elijah Nathanial Salazar (3) only.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:**  The Defendant's construed motion as stated in the Sentencing Statement [ECF 407] is granted.

Court's findings and conclusions.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 60 months as to Count 3 of the Superseding Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

**ORDERED:**  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  Restitution shall be paid to ENT Credit Union in the total amount of $5,821.00 to be paid jointly and severally with his co-defendants, as set forth in the Sentencing Recommendation [ECF 410-1]. Defendant shall follow the conditions of restitution, as stated on the record. Interest on restitution is waived.

**ORDERED:**  Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Superseding Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:**   The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of the community. It is therefore, ordered that the defendant, surrender at the institution designated by the Bureau of Prisons on October 28, 2020 by 12:00 p.m. Failure to report will be a new and separate criminal offense.

**ORDERED:**   Defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**10:47 a.m.    Court in recess.**

Total time in court: 1:10

Hearing concluded.